**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEFFREY D. JUSTICE, II.** | : | **CIVIL ACTION** |
| **v.** | : | |
| **MAGELLAN HEALTH, INC., et al** | : | **NO.: 21-cv-01194** |

**ORDER**

**AND NOW**, this **6TH** day of **APRIL 2021**, in accordance with the court's procedure for assignment of a United States Magistrate Judge to certain District Court Judges on a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned case is the Honorable Timothy R. Rice.

**FOR THE COURT:**

**JUAN R. SÁNCHEZ**
**Chief Judge**

**ATTEST:**

Kate Barkman
______________________________
**KATE BARKMAN**
**Clerk of Court**